Melvin Avon THOMAS, Petitioner—
Appellant,

v.

UNITED STATES of America,
Respondent—Appellee.

No. 03–7809.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 27, 2004.

Decided: June 2, 2004.

Melvin Avon Thomas, Appellant pro se.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

PER CURIAM:

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Melvin Avon Thomas appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Thomas v. United States,* No. CA–03–3039–1–CCB (D. Md. filed Nov. 3, 2003 & entered Nov. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*